AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

**FILED**

JUL 0 9 2018

Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| Capital Investment Fund I, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16-cv-02884 |
| Oak Tree Management, LLC | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __03/29/2018__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  __06/25/2018__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*