CERTIFIED COPY (Rev. 7/2013)

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF**:

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on  JUN 2 5 2018  .

THOMAS G. BRUTON, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPITAL INVESTMENT FUND I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-02884 |
| v. ) | |
| OAK TREE MANAGEMENT LLC, ) | Hon. William T. Hart |
| and DAVID HARBOUR, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

The matter coming to be heard on plaintiff Capital Investment Fund I LLC, Motion for Entry of Default Judgment against David Harbour, due notice having been given and the Court being fully advised in the premises, it is ordered: plaintiff's motion is granted and plaintiff Capital Investment Fund I LLC is awarded judgment against defendant David Harbour in the amount of $752,251.64 in principal and unpaid interest and $89,227.92 in attorneys' fees The Court further finds no just reason for delay of entry of this judgment against defendant David Harbour pursuant to Federal Rule of Civil Procedure 54(b).

Enter:

Date: March 29, 2018

William T. Hart
United States District Judge