

FILED

JUL 0 9 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

CAPITAL INVESTMENT FUND I LLC,   )
                                 )
        Plaintiff,               )
                                 )   Case No.
    v.                           )   mc-18-004-BLG-SPW-TJC
OAK TREE MANAGEMENT LLC,         )
and DAVID HARBOUR,               )
                                 )
        Defendants.              )

### AFFIDAVIT IN SUPPORT OF REGISTRATION OF JUDGMENT

1. I am one of Capital Investment Fund I LLC's (Capital Investment) attorneys in this matter. I filed my appearance in this matter on March 7, 2016. This affidavit is being submitted in support of Capital Investments Registration of Judgment with the Court of the District of Montana.

2. On March 29, 2018, judgment was entered by United States District Judge William T. Hart for the Northern District of Illinois in the amount of $752,251.64 and $89,227.92 in attorneys' fees against David Harbour in cause no 16-cv-02884 of which $752, 251.64 and $89, 227.92 remains unsatisfied.

3. David Harbour' last known address is 10801 E. Happy Valley Road, Unit 20 Scottsdale, AZ 85255.

4. Capital Investment Fund I LLC's address for purposes of this proceeding is 55 W. Monroe Suite 2400 Chicago, IL 60603.

5. This is a valid and enforceable judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 2, 2018.

/s/ Paul J. Kozacky

Paul J. Kozacky


Paul J. Kozacky
Jessica Fricke Garro
Stephanie Pauly
KOZACKY WEITZEL MCGRATH, P.C.
55 West Monroe Street, Suite 2400
Chicago, Illinois 60603
(312) 696-0900
pkozacky@kwmlawyers.com
jgarro@kwmlawyers.com
spauly@kwmlawyers.com