

**KOZACKY WEITZEL MCGRATH P.C.**

55 WEST MONROE STREET· SUITE 2400
CHICAGO, ILLINOIS 60603
T: (312) 696-0900 · F: (312) 696-0905

STEPHANIE PAULY
DIRECT NUMBER: (312) 376-1933

SPAULY@KWMLAWYERS.COM
WWW.KWMLAWYERS.COM

July 2, 2018

**Via Certified Mail**
United States District Court
District of Montana
Attn: Clerk of Court
2601 2nd Avenue North, Suite 1200
Billings, Montana 59101

Re: Registration of Judgment in Another District 16-cv-02884

Dear Clerk of the United States District Court:

Enclosed is an A0-451 from the United States District Court for the Northern District of Illinois certifying the judgment in the matter of Capital Investment Fund I LLC v. Oak Tree Management LLC et. al., case number 16-cv-02884. This judgment is submitted for registration in the United States District Court for the District of Montana pursuant to 28 U.S.C. §1963. Also enclosed is a check in the amount of $47.00 covering the filing fee.

Notification of receipt and registration of this judgment with the District of Montana would be much appreciated. I can be reached either by phone at (312)376-1933 or via email at spauly@kwmlawyers.com. Thank you for your time and attention in this matter.

Sincerely,

Stephanie D. Pauly

enclosures